# Court of Appeals
# of the State of Georgia

ATLANTA,___October 21, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0304.  MARGIE MCRAE v. JOHN GORE.**

Appellant has filed a Motion to Dismiss the filing of her Notice of Appeal as it allegedly is premature given that a transcript has not been prepared in this case and that the trial court has allegedly not ruled on issues below.  Thus, it is hereby ORDERED that this case is REMANDED to the Superior Court of Telfair County.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/21/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*